Certificate Number: 17572-PAM-DE-036952444

Bankruptcy Case Number: 17-01146



17572-PAM-DE-036952444

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2022, at 5:54 o'clock PM PDT, Hannah Shevrin completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 3, 2022

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor