United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jack Shevrin  
Hannah S Shevrin  
    Debtors

Case No. 17-01146-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Nov 10, 2022 | Form ID: 3180WJ2 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack Shevrin, Hannah S Shevrin, 2258 Southport Drive, Bushkill, PA 18324-8632 |
| 4936021 | + | FirstEnergy, 101 Crawfords Corner Rd, Bldg 1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 4899659 | + | Gregg Morris, Esq., Patenaude & Felix, 4545 Murphy Canyon Rd. 3rd Floor, San Diego, CA 92123-4363 |
| 4899662 | | Honorable Paul D. Menditto, 213 Silver Lake Road, Dingmans Ferry, PA 18328-9630 |
| 4899663 | + | Jonathan Munley, Esq., 700 Vine Street, Scranton, PA 18510-2441 |
| 4899665 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 4922316 | + | PIKE COUNTY TAX CLAIM BUREAU, 506 BROAD STREET, MILFORD, PA 18337-1596 |
| 4899667 | + | Pike County Administration Building, Tax Administration Building, 506 Broad Street, Milford, PA 18337-1542 |
| 4899668 | + | Pike County Prothonotary, 500 Broad Street, Milford, PA 18337-1511 |
| 4899676 | + | William T. Molczan, Esq., Weltman Weinberg & Reis Co. LPA, 436 Seventh Ave. STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4899646 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 10 2022 18:44:00 | Alliance One, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 4899647 | + | EDI: CITICORP.COM | Nov 10 2022 23:43:00 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 4899648 | + | EDI: CITICORP.COM | Nov 10 2022 23:43:00 | At&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 4899649 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2022 18:44:00 | Atlantic Credit, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 4899650 | | Email/Text: cms-bk@cms-collect.com | Nov 10 2022 18:44:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 4899653 | + | EDI: CITICORP.COM | Nov 10 2022 23:43:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 4899655 | + | EDI: CITICORP.COM | Nov 10 2022 23:43:00 | Citi, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4899654 | + | EDI: CITICORP.COM | Nov 10 2022 23:43:00 | Citi, Attn: Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 4899657 | | EDI: DISCOVER.COM | Nov 10 2022 23:43:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 4902502 | | EDI: DISCOVER.COM | Nov 10 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4899656 | + | EDI: DISCOVER.COM | Nov 10 2022 23:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 4899658 | + | Email/Text: bankruptcy@affglo.com | Nov 10 2022 18:44:00 | Global Credit & Collection Corp, 5440 N Cumberland Ave, Suite 300, Chicago, IL |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 60656-1486 |
| 4899660 | + | Email/Text: paparalegals@pandf.us | Nov 10 2022 18:44:00 | Gregg Morris, Esquire, Patenaude & Felix APC, 501 Corporate Center Suite 205, Canonsburg, PA 15317-8584 |
| 4899661 | + | Email/Text: paparalegals@pandf.us | Nov 10 2022 18:44:00 | Gregg Morris, Esquire, Patenaude & Felix, 213 East Main Street, Carnegie, PA 15106-2701 |
| 4899652 | | EDI: JPMORGANCHASE | Nov 10 2022 23:43:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 4899651 | | EDI: JPMORGANCHASE | Nov 10 2022 23:43:00 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 4929444 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2022 18:44:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4899664 | + | Email/Text: bwlehtc@gmail.com | Nov 10 2022 18:44:48 | Lehman Township Tax Collector, Bonnie Vanwhy Wargo, 136 Vanwhy Road, Bushkill, PA 18324-8751 |
| 4899666 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2022 18:44:00 | Midland Credit Management, PO Box 13386, Roanoke, VA 24033-3386 |
| 4900210 | + | EDI: RECOVERYCORP.COM | Nov 10 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4899669 | + | EDI: RMSC.COM | Nov 10 2022 23:43:00 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4899670 | + | EDI: RMSC.COM | Nov 10 2022 23:43:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 4911716 | + | Email/Text: bncmail@w-legal.com | Nov 10 2022 18:44:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4899671 | + | EDI: WTRRNBANK.COM | Nov 10 2022 23:43:00 | TD Bank USA, 7000 Target Parkway North, MS-NBC-0464, Minneapolis, MN 55445-4301 |
| 4899673 | + | EDI: WTRRNBANK.COM | Nov 10 2022 23:43:00 | TNB-Visa Target, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 4899674 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 10 2022 18:44:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 4899672 | + | EDI: WTRRNBANK.COM | Nov 10 2022 23:43:00 | Tnb-Visa (TV) / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 4931115 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 10 2022 18:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4899675 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 10 2022 18:44:00 | Toyota Mtr, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Kim M Diddio | on behalf of Debtor 2 Hannah S Shevrin kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com |
| Kim M Diddio | on behalf of Debtor 1 Jack Shevrin kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Jack Shevrin | Social Security number or ITIN: xxx–xx–5965 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Hannah S Shevrin | Social Security number or ITIN: xxx–xx–1315 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:17–bk–01146–MJC | | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hannah S Shevrin
aka Hannah Sara Shevrin

11/10/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**